# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| AARON MEADE § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-CV-00093-O |
| § | |
| JAMES HURLEY, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff Aaron Meade's First Amended Complaint (ECF No. 18), which was filed after the time to amend as of right had passed. *See* FED. R. CIV. P. 15(a)(1). Accordingly, Plaintiff is **ORDERED** to request leave of Court to file his First Amended Complaint.

**SO ORDERED** on this **April 30, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE