IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AARON MEADE § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-CV-00093-O |
| § | |
| JAMES HURLEY, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff Aaron Meade's Motion for Leave to File an Amended Pleading. ECF No. 22. The Court **GRANTS** Plaintiff's Motion. Plaintiff's First Amended Complaint is deemed filed as of April 22, 2025. Accordingly, the Motion to Dismiss (ECF No. 14) filed by Defendants Hurley, O'Quin, Reisman, Browder, and Tarleton State University is **DENIED** as **MOOT**.

Also Before the Court is Defendants Hurley's, O'Quin's, and Reisman's Unopposed Motion to Extend Time to File a Response to Plaintiff's First Amended Complaint. ECF No. 20. The Court **GRANTS** Defendants' Motion. It is therefore **ORDERED** that Defendants Hurley, O'Quin, and Reisman file a response to Plaintiff's First Amended Complaint by **May 27, 2025**.

**SO ORDERED** on this **May 2, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE