# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| AARON MEADE, | § |
| | § |
|    Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 4:25-CV-00093-O |
| | § |
| JAMES HURLEY, ET AL., | § |
| | § |
|    Defendants. | § |

## ORDER

The docket reflects that counsel for Defendants, Todd Alan Dickerson, is not admitted to practice in the Northern District of Texas. No later than **July 2, 2025**, Mr. Dickerson must gain admission to practice in the Northern District of Texas or file a *pro hac vice* application.

**SO ORDERED** on this **June 25, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE